

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00961-CV

CEDELL GARRETT, Appellant

V.

FREO TEXAS, LLC, Appellee

Appeal from County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 1053782).

**TO COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 10th day of March, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

Appellant, Cedell Garrett, neither established indigence nor paid, or made arrangements to pay, all the required fees. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed for want of prosecution.

It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal.

It is further **ORDERED** that this decision be certified below for observance.

Judgment rendered March 10, 2015.

Judgment rendered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.



May 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

